# CASE ANNOUNCEMENTS
*March 29, 2013*

[Cite as *03/29/2013 Case Announcements*, 2013-Ohio-1200.]

## MOTION AND PROCEDURAL RULINGS

**2013–0467.   State ex rel. Hoffman v. Indus. Comm.**
Franklin App. No. 12AP–456, 2013-Ohio-673. This cause was filed as a jurisdictional appeal. Upon consideration of appellant's memorandum in support of jurisdiction, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

## DISCIPLINARY CASES

**1991–2500.   Disciplinary Counsel v. Oglesby.**
On March 11, 2013, respondent, Geoffrey Lynn Oglesby, filed an application for termination of probation. On March 20, 2013, relator, disciplinary counsel, filed a response. Upon consideration thereof, it is ordered by this court that the probation of respondent, Geoffrey Lynn Oglesby, Attorney Registration No. 0023949, last known business address in Sandusky, Ohio, is terminated.

It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

# CASE ANNOUNCEMENTS
*April 1, 2013*

[Cite as *04/01/2013 Case Announcements*, 2013-Ohio-1241.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. Howard has presented four motions for leave to file documents in case No. 2003–1572.

It is ordered by the court that the motions for leave to file documents are denied.